REDACTED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

-FILED-

MAY 25 2022

At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| UNITED STATES OF AMERICA | ) | INDICTMENT |
|---|---|---|
| | ) | |
| v. | ) | Cause No.  1:22-CR-33 |
| | ) | Violation:  18 U.S.C. § 1001(a)(2) |
| JESSICA FITCH | ) | |

**THE GRAND JURY CHARGES:**

On or about March 29, 2022, in the Northern District of Indiana,

**JESSICA FITCH,**

defendant herein, in a matter within the jurisdiction of the executive branch of the United States Government, more particularly a federal investigation being conducted by the Bureau of Alcohol, Tobacco, Firearms and Explosives in relation to the failure to appear for jury trial by her husband, Luther W. Fitch, did knowingly and willfully make materially false, fictitious and fraudulent statements and representations as to Luther W. Fitch's whereabouts on March 26, 2022 by telling agents that she did not see Luther W. Fitch after approximately noon on March 26, 2022, whereas she well knew

she had driven with Luther W. Fitch to a grocery store on the afternoon of March 26, 2022;

All in violation of 18 U.S.C. § 1001(a)(2).

A TRUE BILL

/s/ Foreperson
Foreperson

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

By:   /s/ Sarah E. Nokes
Sarah E. Nokes
Assistant United States Attorney